IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-11118-V
_____

In Re: WILLIAM W.COLE, JR.,

                              Debtor.

_____

PRN REAL ESTATE & INVESTMENTS, LTD.,

                              Plaintiff - Appellant,

versus

WILLIAM W. COLE, JR.,

                              Defendant - Appellee.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ORDER:

        Attorney Jason Gonzalez's Motion to Withdraw as Counsel is GRANTED.

                              DAVID J. SMITH
                              Clerk of the United States Court of
                              Appeals for the Eleventh Circuit

                    ENTERED FOR THE COURT - BY DIRECTION